# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES JUICE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JMF GROUP, LLC d/b/a AL'S BEVERAGE CO., <br><br> Defendant. | 2:06-cv-00288-RLH-LRL <br><br> **O R D E R** |

    Before the court is defendant's Motion Requesting Leave to Conduct Deposition of Leonard Riley in Excess of Seven Hours Pursuant to Rule 30(d) and for a Court Order Determining the Location of the Deposition in Las Vegas, Nevada, on a Date Certain (#81). The court has considered the motion, plaintiff's Opposition (#85), and defendant's Reply (#93).

    Defendant has not complied with the certification requirements of LR 26-7(b)which provides that "[d]iscovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action." *See also Fifty-Six Hope Rd. Music, Ltd. v. Mayah Collections, Inc.*, 2007 U.S. Dist. LEXIS 43012, at \*16 (D. Nev. June 11, 2007) (setting forth specific requirements). Accordingly,

. . .

. . .

. . .

. . .

. . .

1   IT IS ORDERED that defendant's Motion Requesting Leave to Conduct Deposition of Leonard
2  Riley in Excess of Seven Hours Pursuant to Rule 30(d) and for a Court Order Determining the Location
3  of the Deposition on Las Vegas, Nevada, on a Date Certain (#81) is DENIED.
4   DATED this 9th day of January, 2008.

*/s/ Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**